IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
CARLA LARSEN,                      )
                                   )      Civil No. 07-1481-HU
         Plaintiff,                )
                                   )
    v.                             )      JUDGMENT
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner, Social Security      )
Administration,                    )
                                   )
         Defendant.                )
```

HUBEL, Magistrate Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    DATED this __2nd__ day of April, 2008.

                                  /s/ Dennis J. Hubel

                                  Dennis J. Hubel
                                  United States Magistrate Judge